UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUSAN FENNELL,

     Plaintiff,

v.                                                                                    Case No: 6:17-cv-2083-Orl-37DCI

NAVIENT SOLUTIONS, LLC,

     Defendant.

_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Pending Settlement (Doc. 166) filed by the Defendant indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1.    That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2.    All pending motions are denied as moot and all deadlines and hearings are terminated.

3.    The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 21, 2019.

-2-



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record